Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
UNITED AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WALL, | Case No.: 8:23-CV-00846-JWH (DFMx) |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES** |
| UNITED AIRLINES, INC. and DOES 1 to 100, inclusive, | |
| Defendants. | |

TO ALL THE PARTIES, THEIR COUNSEL OF RECORD, AND THE COURT:

Plaintiff Larry Wall and Defendant United Airlines, Inc. (the "Parties") have reached a settlement in principle of the entire action. The parties request that the Court vacate the Trial and all deadlines in this matter in anticipation of a dismissal with prejudice of this lawsuit. The parties respectfully request that the Court provide them with 60 days from the filing of this Notice to dismiss this case with

1  prejudice.

3  Dated: August 15, 2024                    Respectfully submitted,

   By: _____
   Richard A. Lazenby
   VICTOR RANE
   Attorneys for Defendant
   UNITED AIRLINES, INC.

NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES
CASE NO.: 8:23-CV-00846 JWH (DFMX)                    - 2 -